UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:

Otero County Hospital Association, Inc.,          Bankruptcy Case No. 11-13686-j11
         Debtor.
_____

Quorum Health Resources, LLC
         Defendant/Appellant,
                                                  Adversary Proceeding No. 12-01257-j
v.                                                Master Docket for Consolidated Matters No. 13-00007-j

Patricia E. Rue and
Gary T. Rue
         Plaintiffs/Appellees.                    USDC Appeal Case No. 18-cv
_____

**CLERK'S CERTIFICATE OF SERVICE OF NOTICE OF APPEAL AND
ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT**

    Pursuant to Fed. R. Bankr. P. 8003(c)(1) and in accordance with Fed. R. Bankr. P. 9036, NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), this certifies that service of a copy of the *Notice of Appeal and Election to have Appeal Heard by District Court* filed in this case on March 21, 2018, was made on March 22, 2018, via the notice transmission facilities of the case management and electronic filing system of the bankruptcy court on:

**United States Trustee**
ustpregion20.aq.ecf@usdoj.gov

**Victor F Poulos**
Poulos & Coates, LLP
victor@pouloscoates.com

**Bernard R Given, II**
bgiven@loeb.com

**Richard James Montes**
Mauro Lilling Naparty LLP
rmontes@mlnappeals.com

**William W. Drury**
Renaud Cook Drury Mesaros, P.A
BDrury@rcdmlaw.com

**John A. Klecan**
Renaud Cook Drury Mesaros, P.A.
jklecan@rcdmlaw.com

**Joe L McClaugherty**
McClaugherty & Silver PC
maclaw@spinn.net

**Tamara Safarik**
McClaugherty & Silver, P.C.
tamara@mcclaughertyandsilver.com

                                    LANA MEREWETHER
                                    CLERK OF COURT

                                    By_____/s/ Linda M. Butler_____
Linda M. Butler, Deputy Clerk
United States Bankruptcy Court,
 District of New Mexico
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd., N.W., Suite 360
Albuquerque, NM  87102
505-415-7999

2

# United States Bankruptcy Court

## District of New Mexico

| | |
|---|---|
| In re  OTERO COUNTY HOSPITAL ASSOCIATION, INC., <br> c/o John D. Wheeler & Associates, P.C. <br> 500 East 10th Street, Suite 305 <br> Alamogordo, NM 88310 <br> EIN- 85-0138775 <br> Debtor. <br><br> PATRICIA E. RUE and GARY T. RUE, <br> Plaintiffs, <br><br> QUORUM HEALTH RESOURCES, LLC <br> Defendant | Case No. <br> 11-11-13686 JL <br><br> Chapter <br> _____ <br><br> Adv. Proc. No. <br> 12-1257 J |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

*[If in a Notice of Appeal and Statement of Election (see Form 417A) or other notice filed and served by the debtor, the caption must be altered to include the debtor's address and Employer's Tax Identification Numbers(s) or last four digits of Social Security Number(s) as in Form 416A]*

{00077955.DOCX}

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Quorom Health Resources, LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☑ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Final Judgment in favor of plaintiff Patricia E. Rue and Gary T. Rue

2. State the date on which the judgment, order, or decree was entered: 03/08/18

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Patricia E. Rue and Gary T. Rue   Attorney: Poulos & Coates, LLP
   1802 Avenida de Mesilla
   Las Cruces, NM 88005
   575.523.4444

2. Party: Quorom Health Resources, LLC   Attorney: Mauro Lilling Naparty LLP
   100 Crossways Park Dr. W., Ste. 310
   Woodbury, NY 11797
   516.4487.5800

   RENAUD COOK DRURY MESAROS, PA
   One North Central Avenue, Suite 900
   Phoenix, Arizona 85004
   602.307.9900

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

- ☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_Richard / Mor_ (signature)
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 3/20/18

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Mauro Lilling Naparty LLP
100 Crossways Park Dr. W., Ste. 310
Woodbury, NY 11797
516.487.5800

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re:   OTERO COUNTY HOSPITAL<br>             ASSOCIATION, INC., | Case No. 11-11-13686 JL |
| Debtor. | |

PATRICIA E. RUE and
GARY T. RUE,

      Plaintiffs,

v.                                                                                    Adversary No. 12-1257 J

QUORUM HEALTH RESOURCES, LLC,

      Defendant.

## FINAL JUDGMENT
## (Patricia Rue and Gary Rue)

      The Court made findings of fact, stated its conclusions of law, and made other decisions on the record and in various memorandum opinions,[1] which are incorporated herein by reference. In accordance with those findings of fact, conclusions of law and decisions, it is hereby

---

[1] The Memorandum Opinions entered on Master Docket No. 13-0007 that are incorporated by reference herein, include:

      Amended Memorandum Opinion – Docket No. 286 (following Phase I of the litigation determining the duty and breach elements of the UTC's negligence claims against QHR)

      Memorandum Opinion on Quorum Health Resources, LLC's Motion for Summary Judgment (Docket No. 317) – Docket No. 344

      Memorandum Opinion  - Docket No. 545 (following Phase II of the litigation adjudicating causation and comparative fault)

      Memorandum Opinion – Docket No. 620 (offset)

      Memorandum Opinion – Docket No. 685 (Daubert Motions)

      Memorandum Opinion – Docket No. 767 (Single Judgment Issue)

      Memorandum Opinion – Docket No. 769 (Judgment Language Issue)

      Memorandum Opinion – Docket No. 816 (regarding motions to reconsider)

      Memorandum Opinion (Damages) – Docket No. 827 (fixing damages for Patricia Rue, Gary Rue, Ivan Jackson, Desiree Smith, Henry Smith, Kelly Robbins and Herbert Robbins)

      Memorandum Opinion – Docket No. __ (reconsideration of offset opinion)

As provided in orders of the Court, documents entered on the Master Docket are deemed entered on each of the individual dockets maintained for each adversary proceeding.  This judgment will be entered on the Master Docket and on the individual docket for Adversary No. 12-1257.

ORDERED, ADJUDGED AND DECREED:

1.    Final judgment is hereby entered in favor of Plaintiffs and against Defendant Quorum Health Resources, LLC ("QHR") for injuries resulting from QHR's negligence. Plaintiffs are awarded damages as follows:

| | |
|---|---|
| Patricia Rue: | $2,340,000.00 |
| Gary Rue: | $ 125,000.00 |
| TOTAL: | $2,465,000.00 |

2.    QHR is liable for 16.5% of the total damages award.

3.    This judgment against QHR will be enforced against the available insurance only, and not against the assets of QHR or its respective present or former employees, agents, representatives, general partners, limited partners, divisions, parents, subsidiaries, business units, related entities, principals, third party administrators, affiliates, receivers, heirs, executors, associates, directors, officers, attorneys, trustees, assigns, predecessors and successors.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: March 8, 2018

COPY via CM/ECF to all counsel of record

# Notice Recipients

| District/Off: 1084−1 | User: phennessy | Date Created: 3/8/2018 |
|---|---|---|
| Case: 12−01257−j | Form ID: pdfor1 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| aty | Bernard R Given, II | bgiven@loeb.com |
|---|---|---|
| aty | Joe L McClaugherty | maclaw@spinn.net |
| aty | John A. Klecan | jklecan@rcdmlaw.com |
| aty | Victor F Poulos | victor@pouloscoates.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| aty | Christina Gratke Nason | Burford & Ryburn, L.L.P. | 500 N. Akard St., Suite 3100 | Dallas, TX 75201 |
|---|---|---|---|---|
| aty | Tamara Safarik | McClaugherty & Silver, P.C. | PO Box 8680 | Santa Fe, NM 87504−8680 |
| aty | William W. Drury | Renaud Cook Drury Mesaros, P.A. | One North Central, Suite 900 | Phoenix, AZ 85004 |

TOTAL: 3